UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:14-cr-105-CLC-SKL |
| v. | ) | |
| | ) | |
| MARK ANTHONY CONNER | ) | |

## **O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:
(1) grant Defendant's motion to withdraw his not guilty plea to Count One of the one count
Indictment; (2) accept Defendant's plea of guilty to Count One of the Indictment; (3) adjudicate
Defendant guilty of the charges set forth in Count One of the Indictment; and (4) Defendant has been
released on bond under appropriate conditions of release pending sentencing in this matter (Court
File No. 16).  Neither party filed a timely objection to the report and recommendation.  After
reviewing the record, the Court agrees with the magistrate judge's report and recommendation.
Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and
recommendation  (Court File No. 16) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw his not guilty plea to Count One of the Indictment
        is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Indictment is **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the
        Indictment;

(4)     Defendant **SHALL REMAIN** on bond under appropriate conditions of release
        pending sentencing in this matter which is scheduled to take place on **May 7, 2015**

**at 9:00 a.m. [EASTERN]** before the Honorable Curtis L. Collier.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**